**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>OLGA E. VARGAS<br><br>Debtor(s) | CASE NO. 11-02118-SEK<br><br>CHAPTER 13 |

**NOTICE OF APPEARANCE**

**TO THE HONORABLE COURT:**

Comes now, Scotiabank de Puerto Rico, creditor, through the undersigned attorney and very respectfully states and prays that the appearing party is represented by the undersigned counsel in all judicial proceedings regarding this case pending before this Honorable Court.

WHEREFORE, it is respectfully prayed that the Master Address List be amended so as to permit future notices addressed to appearing party be also served upon the undersigned counsel at the following address:

**FERNANDEZ COLLINS CUYAR & PLA**
**P.O. BOX 9023905**
**SAN JUAN, PUERTO RICO 00902-3905**

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY that on this same date the foregoing was electronically filed, utilizing the CM/ECF System, which upon information and belief will notify all participants, including the following:

José M. Prieto Crballo        jpc@jpclawpr.com

José R. Carrión Morales       newecfmail@ch13-pr.com

In San Juan, Puerto Rico, on this 29th day of March, 2011.

                         FERNANDEZ COLLINS CUYAR & PLA

                         /s/Juan A. Cuyar Cobb
                         JUAN A. CUYAR COBB
                         USDCPR 212401
                         P.O. BOX 9023905
                         SAN JUAN, PUERTO RICO 00902-3905
                         TEL. 787-977-3772  FAX 787-977-3773
                         E-MAIL: jcc@fccplawpr.com